UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dilenia Paguada,

                Plaintiff,

-against-

Drift Freediving LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2022
```

1:22-cv-01512 (ER) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In light of the Certificate of Default entered by the Clerk of Court against Defendant Drift Freediving LLC on June 7, 2022, the initial pretrial conference currently scheduled for Tuesday, June 14, 2022 at 11:00 a.m. is cancelled.

No later than June 29, 2022, Plaintiff shall file an Order to Show Cause in order to obtain default judgment against Defendant pursuant to, and in compliance with, Judge Ramos's Individual Practices, found at https://nysd.uscourts.gov/hon-edgardo-ramos.

SO ORDERED.

Dated:     New York, New York
            June 8, 2022

_____
STEWART D. AARON
United States Magistrate Judge